IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SARAH GESSNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:12-cv-231 |
| v. | ) |
| | ) JUDGE MICHAEL R. BARRETT |
| BONDED CREDIT BUREAU, INC. D/B/A | ) |
| DRS BONDED COLLECTION SYSTEMS | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR
## ENTRY OF DEFAULT JUDGMENT

This matter is before the Court on Plaintiff Sarah Gessner's motion for entry of default judgment on her complaint brought pursuant to the Fair Debt Collection Practices Act. Plaintiff filed her complaint on March 20, 2012 (Docket 1). On November 27, 2012, the Court ordered that Defendant could be served via first class mail (Docket 10). On December 4, 2012 service was effectuated on Defendant's resident agent via first class mail. Defendant did not answer the complaint, and Plaintiff requested clerk's entry of default, which was entered on September 26, 2012. In her motion for entry of default judgment, Plaintiff seeks to recover $1,000.00 in statutory damages, plus attorney fees of $3,473.00 and court costs of $356.15. The Court has reviewed all of the pleadings submitted in this matter, including the affidavit of Plaintiff's counsel Ronald S. Weiss.

Now, therefore,

All criteria are met under Fed. R. Civ. Pro. 55(b).  The Court will enter default judgment in the amount of $1,000.00 statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A). The Court will also award attorney fees in the amount of $3,474.00.  Court costs of $356.15 are also awarded in this case.

**IT IS HEREBY ORDERED** that Plaintiff's motion for entry of default judgment is entered in the amount of $4,829.15, as calculated above.

It is so ordered.

                                              */s/ Michael R. Barrett*
                                              UNITED STATES DISTRICT JUDGE